# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00727-CV

**Naomi Jefferson, Appellant**

**v.**

**Nate the Great Trust, Appellee**

### FROM THE COUNTY COURT OF LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-14-009036, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

On January 8, 2015, this Court sent notice to appellant Naomi Jefferson that the clerk's record and reporter's record were due in this Court on December 12, 2014, and that notice was received from the Travis County clerk's office that no payment had been received or arrangements made for payment for the clerk's record. This Court requested that appellant make arrangements for the record and submit a status report. Appellant was notified that her appeal would be dismissed for want of prosecution if she did respond to this Court by January 20, 2015. This Court received a letter from appellant on February 9, 2015. She provided a new address and indicated that she would pay for the record.

On February 11, 2015, this Court sent another notice to appellant requesting that appellant make arrangements for the record and submit a status report. Appellant was notified that her appeal would be dismissed for want of prosecution if she did respond to this Court by

February 23, 2015.  To date, appellant has not responded.  Accordingly, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed:   March 17, 2015